IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00428-W

| | |
|---|---|
| GEMINI COATINGS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE REALITY ASSOCIATES FUND V, L.P., TRINITY PARTNERS, LLC, DEVELOPER SUPPORT SERVICES CORPORATION d/b/a DSS CORPORATION, MIND'S EYE ARCHITECTURE, INC., and OPTIMA ENGINEERING, P.A., | ) ORDER |
| Defendant. | ) |

THIS CAUSE comes before the undersigned upon the Consent Motion of defendant Optima Engineering, P.A. ("Optima") to Set Aside Entry of Default Against Optima (Doc. No. 17), and it appearing to the Court that Plaintiff's counsel consents to the entry of this Order;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Consent Motion (Doc. No. 17) is GRANTED; Entry of Default entered against defendant Optima Engineering, P.A. on October 14, 2008, is hereby set aside; and it is further ORDERED that defendant Optima Engineering, P.A. shall file a response to Plaintiff's complaint no later than Friday, November 7, 2008.

IT IS SO ORDERED.

Signed: October 28, 2008

Frank D. Whitney
United States District Judge