IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-cv-428

| | |
|---|---|
| GEMINI COATINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE REALTY ASSOCIATES FUND V, L.P., TRINITY PARTNERS, LLC, DEVELOPER SUPPORT SERVICES CORPORATION d/b/a DSS CORPORATION, MIND'S EYE ARCHITECTURE, INC., and OPTIMA ENGINEERING, P.A.., <br><br> Defendants. | **ORDER GRANTING MOTION FOR SPECIAL ADMISSION *PRO HAC VICE* OF ROBERT E. GREENBERG and FRANCES C. WILBURN** |

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendant The Realty Associates Fund V, L.P.'s Motions for Special Admission *Pro Hac Vice* (documents ## 25-26) is GRANTED and it is therefore ORDERED that Robert E. Greenberg and Frances C. Wilburn from the firm of Friedlander Misler, PLLC., be admitted to practice in this Court *pro hac vice* for the limited purpose of representing Defendant The Realty Associates Fund V, L.P. in the above-captioned case.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

1

**SO ORDERED**.

Signed: October 31, 2008

Carl Horn, III
United States Magistrate Judge