**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:08CV428-H**

| | | |
|---|---|---|
| **GEMINI COATINGS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER SETTING INITIAL** |
| **v.** | ) | **PRETRIAL CONFERENCE** |
| | ) | |
| **THE REALTY ASSOCIATES FUND V,** | ) | |
| **L.P., TRINITY PARTNERS, LLC,** | ) | |
| **DEVELOPER SUPPORT SERVICES** | ) | |
| **CORPORATION d/b/a DSS** | ) | |
| **CORPORATION, MIND'S EYE** | ) | |
| **ARCHITECTURE, INC., and OPTIMA** | ) | |
| **ENGINEERING, P.A.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court to set and conduct an Initial Pretrial Conference

pursuant to Local Rule 16.1(B).

Counsel should have already held an Initial Attorneys Conference pursuant to Local Rule

16.1(A). In any event, before the Initial Pretrial Conference counsel shall consider and discuss any

special issues or problems which may arise (or have arisen) during discovery; whether a protective

order is necessary and the contents of any such order; whether early settlement (of any or all claims)

should be pursued; whether and when mediation should be conducted and, if they can agree, whom

the Court should appoint as mediator; the likely length of trial, should this case not be settled; and

any other special needs the litigation of these claims may present.

**NOW THEREFORE, IT IS ORDERED:**

1. The Initial Pretrial Conference shall be held in the chambers of the undersigned (Room

238, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina), on **Tuesday, March 10, 2009, at 2:00 p.m.**

2. Counsel may, but are not required to bring the parties to the Initial Pretrial Conference.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: January 27, 2009

Carl Horn, III
United States Magistrate Judge