**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:08CV593-H**

| | | |
|---|---|---|
| **THE REALTY ASSOCIATES FUND V, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GEMINI COATINGS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court on the parties' "Joint Consent Motion to Consolidate" (document #9) and their "Memorandum in Support . . ." (document #10), both filed March 20, 2009. For the reasons stated therein, the Motion is **GRANTED**. These parties shall adhere to the Pretrial Order and Case Management Plan already entered in Case No. 3:08CV428.

   The Clerk is hereby **ORDERED** to consolidate the subject action with Gemini Coatings, Inc. v. The Realty Associates Fund V, L.P., et. al, Case No. 3:08CV428. The consolidated case shall retain the caption and case number found in action 3:08CV428.

   **SO ORDERED.**

          Signed: March 20, 2009

         *Carl Horn, III*

         Carl Horn, III
         United States Magistrate Judge